Mario Tafur, Esq.  (SBN: 329899)
BULLDOG LAW, P.C.
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Email: mario@thebulldog.law
elsy@thebulldog.law
Telephone: (949) 649-3007

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HEABEART, JOEL MILLER, DYLAN MICHAUD, KYLE KELLEY, JUSTIN MORAN, MARÍA CECILIA LUCANERA, NOEL YOUNT, ISRAEL ALATRIZ, AARON DUNCAN, DYLAN MYBURGH, JAMES MICHAEL SMITH, and EDWARD C. ET AL.<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC., COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and DOES 1–100,<br><br>Defendant. | Case No.: 4:25-cv-4473<br><br>[AMENDED PROPOSED] ORDER GRANTING AMENDED PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ***AS MODIFIED** |

Having considered Plaintiffs' Motion for Leave to File First Amended Complaint, the accompanying Memorandum of Points and Authorities, the proposed Amended Complaint, and all other papers and proceedings in this action, and good cause appearing therefore, the Court hereby **ORDERS** as follows:

///

///

1. **Filing of the First Amended Complaint**: Plaintiffs are authorized to file the proposed First Amended Complaint, submitted as **Exhibit A** to the Motion for Leave within five (5) days of the date of this Order. The First Amended Complaint shall be filed via the Court's CM/ECF system in accordance with Local Rule 5-1.

2. **Service of the First Amended Complaint and Summons**: Plaintiffs filed the original complaint on May 27, 2025, alleging securities fraud, RICO violations, and state-law claims against Defendants for misconduct related to the Wrapped LUNA (WLUNA) token suspension in May 2022. Defendants' counsel was contacted shortly on June 13, 2025, by Lara A. Faith, representing that she was authorized to accept service on behalf of the Defendants, On June 17, our office sent her the Summons, Complaint, and a Waiver of Service Form to sign. Ms. Flath never signed that form, and reference to service in the previously emailed proposed order was incorrect in indicating that service had been completed. On July 11, 2025, Plaintiff's counsel received a signed Waiver of Service Form from attorney Randall Luskey, indicating his law firm was representing the Defendants. Therefore, the date by which a timely responsive pleading is due to be filed by Defendants is ~~September 9, 2025~~ **August 18, 2025**, sixty (60) days **after the request for waiver was sent. *See* Fed. R. Civ. P. 4(d)(3).** ~~from Defendants' execution of the Waiver of Service form.~~ This form is submitted by Plaintiffs in lieu of a proof of service. The original complaint inadvertently included six non-existent plaintiffs and contained errors in plaintiff details. The proposed Amended Complaint corrects these errors, updates plaintiff residences and statements, and enhances jurisdictional and legal allegations without altering the case's core claims or prejudicing Defendants.

3. **Response Deadline**: Defendants shall respond to the First Amended Complaint **by August 18, 2025, *see* Fed. R. Civ. P. 15(a)(3)**, ~~within sixty (60) days of service, as provided by Rule 4 of the Federal Rules of Civil Procedure~~, unless otherwise stipulated by the parties or ordered by the

Court.  **Defendants shall file a consent or declination to proceed before a magistrate judge within one week of filing the response.**

4. **No Prejudice to Defendants**: The Court finds that the amendments do not prejudice Defendants, as they clarify the plaintiff roster, correct clerical errors, and do not introduce new claims or significantly alter the scope of the litigation. The case remains in its early stages, and Defendants have an adequate opportunity to respond.

5. **Compliance with Local Rules**: The filing and service of the Amended Complaint shall comply with Northern District Local Rules, including Local Rule 3-2 (formatting), Local Rule 3-5 (civil cover sheet), and Local Rule 5-1 (CM/ECF filing requirements).

**IT IS SO ORDERED.**

**Dated**: July 18, 2025

Hon. Donna M. Ryu
Chief Magistrate Judge