| | |
|---|---|
| Randall S. Luskey (SBN: 240915)<br>rluskey@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101 | Mario Tafur, Esq. (SBN: 329899)<br>mario@thebulldog.law<br>**BULLDOG LAW, P.C.**<br>500 N. Central Avenue, Ste. 610<br>Glendale, CA 91203<br>Telephone: (949) 649-3007 |
| *Attorneys for Defendants Coinbase, Inc., Coinbase Global, Inc. and Brian Armstrong* | *Attorneys for Plaintiffs Joel Heabeart, Joel Miller, Dylan Michaud, Kyle Kelley, Justin Moran, Maria Cecilia Lucanera, Noel Yount, Israel Alatriz, Aaron Duncan, Dylan Myburgh, James Michael Smith, and Edward C. Toal* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL HEABEART, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>COINBASE, INC., et al.<br><br>    *Defendants*. | Case No.: 3:25-cv-04473-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**<br><br>Judge James Donato |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Joel Heabeart, Joel Miller, Dylan Michaud, Kyle Kelley, Justin Moran, Maria Cecilia Lucanera, Noel Yount, Israel Alatriz, Aaron Duncan, Dylan Myburgh, James Michael Smith, and Edward C. Toal ("Plaintiffs") and Defendants Coinbase, Inc., Coinbase Global, Inc., and Brian Armstrong ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 11, 2025, Counsel for Defendants agreed to accept service of the initial complaint in this action (*see* ECF No. 14 at 37);

WHEREAS, on July 15, 2025, Plaintiffs moved to amend their complaint (ECF No. 14), and on July 18, 2025, Chief Magistrate Judge Donna M. Ryu granted the motion (ECF No. 15);

WHEREAS, and on July 22, 2025, Plaintiffs filed the amended complaint (ECF No. 16) (the "AC");

WHEREAS, the AC contains eight causes of action, including a cause of action under RICO, 18 U.S.C. § 1962(c), not present in the original complaint, as well as new factual allegations;

WHEREAS, Defendants Coinbase, Inc. and Coinbase Global, Inc. and have made an administrative motion in *Pearl, et al.* v. *Coinbase Global, Inc., et al.*, Case No. 3:22-cv-03561-MMC, ECF No. 117 (the "Motion to Relate"), to relate this action to *Pearl* pursuant to Local Civil Rule 3-12;

WHEREAS, the Motion to Relate is pending before the Court;

WHEREAS, the deadline for plaintiffs in *Pearl* to respond to the Motion to Relate is August 4, 2025 (*see* Civ. L.R. 7-11(b)), and the Court is expected to make a determination on the Motion to Relate by August 18, 2025 (*see* Civ. L.R. 3-12(f));

WHEREAS, Defendants' counsel are now reviewing the AC, the parties have met and conferred, and Defendants have explained that they are considering filing (1) a Motion to Compel Arbitration ("MTCA") and/or (2) a Motion to Dismiss the AC;

WHEREAS, Plaintiffs' counsel has agreed to provide Defendants' counsel with additional information concerning the identity of the Plaintiffs and their claims;

WHEREAS, Defendants' deadline to respond to the AC is currently August 18, 2025 (ECF No. 15); and

WHEREAS, to conserve the parties' and the Court's resources, the parties have agreed to stipulated to an extension of time to allow the action's procedural posture to become clear and to allow Defendants additional time to investigate the facts of the Amended Complaint and formulate their litigation positions;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Defendants' deadline to file a MTCA, Motion to Dismiss or otherwise answer the AC shall be September 8, 2025.

2. The briefing schedule on Defendants' anticipated MTCA or Motion to Dismiss shall be as follows:

- Plaintiffs' opposition shall be due 45 days following Defendants' motion;
- Defendants' reply shall be due 30 days following Plaintiffs' opposition.

IT IS SO STIPULATED.

Dated: August 4, 2025

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Randall S. Luskey
   Randall S. Luskey

*Attorneys for Defendants*
COINBASE, INC., COINBASE GLOBAL, INC. and BRIAN ARMSTRONG

Dated: August 4, 2025

BULLDOG LAW, P.C.

By: /s/ Mario Tafur
   Mario Tafur

*Attorneys for Plaintiffs*
JOEL HEABEART, JOEL MILLER, DYLAN MICHAUD, KYLE KELLEY, JUSTIN MORAN, MARIA CECILIA LUCANERA, NOEL YOUNT, ISRAEL ALATRIZ, AARON DUNCAN, DYLAN MYBURGH, JAMES MICHAEL SMITH, and EDWARD C. TOAL

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Defendants' deadline to file a Motion to Compel Arbitration ("MTCA"), a Motion to Dismiss and/or otherwise answer the Amended Complaint (ECF No. 16) shall be September 8, 2025.

2. The briefing schedule on Defendants' anticipated MTCA and/or Motion to Dismiss shall be as follows:

   - Plaintiffs' opposition(s) shall be due 45 days following Defendants' motion(s);
   - Defendants' reply (or replies) shall be due 30 days following Plaintiffs' opposition(s).

Dated:  August 11, 2025

JAMES DONATO
United States District Judge

[PROPOSED] ORDER
CASE NO. 3:25-CV-04473-JD