1  Mario Tarfur, Esq. (SBN: 329899)
2  Bulldog Law, P.C.
3  500 N. Central Avenue - Suite 610
4  Glendale, CA 91203
5  Email: mario@thebulldog.law
6  elsy@thebulldog.law
7  Tel: 949-649-3007
8  *Attorney for the Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HEABART, et. als.  ) | |
| Plaintiffs  ) | Case No.  4:25-cv-4473 |
| vs.  ) | |
| COINBASE, INC., et. als.  ) | **APPLICATION FOR ADMISSION OF** |
| Defendants  ) | **ATTORNEY PRO HAC VICE** |
| | **(CIVIL LOCAL RULE 11-3)** |

I, PHILIP R. BERWISH, an active member in good standing of the bar of New York (Bar # 1643022), Pennsylvania (Bar # 28563), and Massachusetts (Bar # 014860), hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing the Plaintiffs above-entitled action.

My local co-counsel in this case is in Mario Tarfur, Esq., of Bulldog Law, P.C., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 329899.

My address of record is:     2 Anderson Lane Princeton, NJ 08540
My telephone of record is:   800 547 8717
My email of record is:       berwish@gmail.com

| | | |
|---|---|---|
| Local co-counsel address of record is: | | Bulldog Law, P.C. |
| | | 500 N. Central Avenue - Suite 610 |
| | | Glendale, CA 91203 |
| Local co-counsel telephone of record is: | | 949-649-3007 |
| Local co-counsel email of record is: | | mario@thebulldog.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____0____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2025

_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of PHILIP R. BERWISH is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/9/2025

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE