Randall Scott Luskey (SBN: 240915)
rluskey@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Additional Counsel Listed on Following Page*

*Attorneys for Defendants*
*Coinbase, Inc., Coinbase Global, Inc. and Brian Armstrong*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL HEABEART, *et al.*, | Case No.: 3:25-cv-04473-JD |
| *Plaintiffs*, | Private Securities Litigation Reform Act |
| v. | **DECLARATION OF RANDALL SCOTT LUSKEY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE, MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, AND MOTION TO DISMISS** |
| COINBASE, INC., *et al.*, | |
| *Defendants*. | |
| | Date: October 30, 2025 |
| | Time: 10:00 AM |
| | Judge Hon. James Donato |

DECLARATION OF RANDALL S. LUSKEY                    CASE NO. 3:25-CV-04473-JD

Paul D. Brachman (admitted *pro hac vice*)
pbrachman@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7440
Facsimile: (202) 379-4098

Kristina A. Bunting (admitted *pro hac vice*)
Michael J. Pisem (admitted *pro hac vice*)
kbunting@paulweiss.com
mpisem@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

I, Randall Scott Luskey, declare as follows:

1.      I am a partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Defendants Coinbase, Inc., Coinbase Global, Inc. and Brian Armstrong ("Defendants") in this action.  I make this declaration based on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2.      I submit this declaration in support of Defendants' Motion to Dismiss, Defendants' Motion to Compel Arbitration and Stay Proceedings, and Defendants' Motion to Transfer Venue.

3.      Attached as **Exhibit 1** is what I understand to be a true and correct copy of the May 23, 2022 version of Coinbase's "Wrapped LUNA Token price" webpage.  This exhibit, which bears May 23, 2022 on its first page, was also retrieved through the use of the Internet Archive's WayBack Machine and is publicly available at the following URL:

https://web.archive.org/web/20220523024423/https://www.coinbase.com/price/wrapped-luna-token.

4.      Attached as **Exhibit 2** is what I understand to be a true and correct copy of the June 2, 2022 version of Coinbase's "Wrapped LUNA Classic price" webpage.  This exhibit, which bears June 2, 2022 on its first page, was retrieved through the use of the Internet Archive's WayBack Machine, and is publicly available at the following URL:

https://web.archive.org/web/20220602194422/https://www.coinbase.com/price/wrapped-luna-classic.

5.      Attached as **Exhibit 3** is what I understand to be a true and correct copy of an excerpted email chain with Plaintiffs' counsel, last dated September 22, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 22, 2025 in San Francisco, California

_/s/ Randall S. Luskey_____
Randall Scott Luskey