# EXHIBIT 1



### Get crypto for getting started

Jump start your portfolio with free crypto after you sign up. Terms apply.

Get started

---

### About Wrapped LUNA Token

Wrapped Luna (WLUNA) is an Ethereum token that's intended to represent Terra (LUNA) on the Ethereum blockchain. It is not LUNA, but rather a separate ERC-20 token that's designed to track LUNA's value. WLUNA was created to allow LUNA holders to trade, hold, and participate in decentralized finance ("DeFi") apps on Ethereum. Through a WLUNA partner, 1 LUNA can be exchanged for 1 WLUNA, and vice-versa.

**RESOURCES**

Whitepaper

Official website

---

### Wrapped LUNA Token is on the decline this week.

The price of Wrapped LUNA Token has fallen by 12.71% in the past 7 days. The price increased by 68.43% in the last 24 hours. In just the past hour, the price grew by 5.43%. The current price is $0.00007 per WLUNA. Wrapped LUNA Token is 100.00% below the all time high of $263.98.

The current circulating supply is 0 WLUNA.

---

### Trending assets

Assets with the biggest change in unique page views on Coinbase.com over the past 24 hours

| | | |
|---|---|---|
| UMA | UMA | $3.50 +376.66% views |
| API3 | API3 | $1.88 +63.29% views |
| XYO | XYO | $0.01 +11.14% views |
| GYEN | GYEN | $0.01 +0.3% views |
| IDEX | IDEX | $0.09 -0.96% views |
| LCX | LCX | $0.06 -18.08% views |

View all

---

### Top stories

**Terra validator hits out at Do Kwon's 'dictatorship model' on key fork vote**
The Block • May 19 • Terra • Wrapped LUNA Token • TerraUSD

**Terra community seems dead set against Do Kwon's fork proposal**
The Block • May 17 • Terra • TerraUSD • Wrapped LUNA Token

**Coinbase Bytes**

The week's must-know crypto news, sent right to your inbox

Subscribe

**Popular cryptocurrencies**

A selection of cryptocurrencies in the top 50 by market cap.

- Bitcoin
- Ethereum
- Tether
- USD Coin
- Binance USD
- Cardano
- Solana
- Dogecoin

**Recently added**

- Flow
  May 18
- Project Galaxy
  May 4
- STEPN
  April 27
- Green Satoshi Token
  April 27
- Binance USD
  April 26
- Oasis Network
  April 25
- Mina
  April 5
- Crypterium
  March 23

**Comparable market cap**

Of all the assets on Coinbase, these 8 are the closest to Wrapped LUNA Token in market cap.

- COVID-19 Recovery Token
- GIVE GLOBAL
- Whalemap
- Defiville
- WadzPay Token
- Fire Protocol
- LeisurePay
- Tsunami finance

Certain content has been prepared by third parties not affiliated with Coinbase Inc. or any of its affiliates and Coinbase is not responsible for such content. Coinbase is not liable for any errors or delays in content, or for any actions taken in reliance on any content. Information is provided for informational purposes only and is not investment advice. This is not a recommendation to buy or sell a particular digital asset or to employ a particular investment strategy. Coinbase makes no representation on the accuracy, suitability, or validity of any information provided or for a particular asset. Prices shown are for illustrative purposes only. Actual cryptocurrency prices and associated stats may vary. Data presented may reflect assets traded on Coinbase's exchange and select other cryptocurrency exchanges.

**Coinbase Bytes**

# The week's biggest crypto news, sent right to your inbox

Your email address

**Subscribe now**

Learn how we collect your information by visiting our Privacy Policy.

# coinbase

English

© 2022 Coinbase

Blog • Twitter • Facebook

## Company

About

Careers

Affiliates

Blog

Press

Investors

Legal & privacy

Cookie policy

Cookie preferences

## Learn

Browse crypto prices

Coinbase Bytes newsletter

Crypto basics

Tips & tutorials

Market updates

What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet

How to send crypto

Taxes

## Support

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Supported countries

Status

## Individuals

Buy & sell

Earn free crypto

Wallet

NFT

Card

## Businesses

Institutional

Prime

Custody

Asset Hub

Commerce

## Developers

Cloud

Wallet SDK

Query & Transact

Commerce

Exchange & Pro

Sign in with Coinbase

Rosetta

Participate

Prime API