# EXHIBIT 2



https://www.coinbase.com/price/wrapped-luna-classic    Go    MAY  **JUN**  AUG

**11 captures**    ◀  **02**  ▶
2 Jun 2022 - 24 Jun 2025    2021  **2022**  2023  ▼ About this capture

**coinbase**    Prices    Learn    Individuals    Businesses    Developers    Company    Sign in    Get started

Price charts > Wrapped LUNA Classic price

 # Wrapped LUNA Classic price

(WLUNA / SEK)   ⓘ  Wrapped LUNA Classic is not supported by Coinbase.

↥   ☆   SEK ⌄

🔍 Search assets

1H   1D   1W   1M   **1Y**   ALL



## Market stats

| MARKET CAP ⓘ | VOLUME (24H) ⓘ | CIRCULATING SUPPLY ⓘ |
|---|---|---|
| - | SEK 2.2M | - |
| | -54.87% | 0% of total supply |

| ALL TIME HIGH ⓘ | PRICE CHANGE (1H) ⓘ | PRICE CHANGE (24H) ⓘ |
|---|---|---|
| SEK 2,561.15 | +1.94% | +4.86% |

| PRICE CHANGE (7D) ⓘ | | |
|---|---|---|
| -21.7% | | |

## About Wrapped LUNA Classic

In light of volatility involving Terra ecosystem assets, Coinbase has suspended trading in WLUNA on May 27, 2022. Your ability to store, send, and receive WLUNA is not impacted.

**RESOURCES**

📄 Whitepaper

🌐 Official website

## Wrapped LUNA Classic is on the decline this week.

The price of Wrapped LUNA Classic has fallen by 21.70% in the past 7 days. The price increased by 4.86% in the last 24 hours. In just the past hour, the price grew by 1.94%. The current price is SEK 0.000949 per WLUNA. Wrapped LUNA Classic is 100.00% below the all time high of SEK 2,561.14717.

The current circulating supply is 0 WLUNA.

## Top stories

### As Terra Dies and Forks, Protocols and Projects Move to Polygon

Polygon is calling on projects displaced and disgruntled by Terra's collapse to join its ranks.

Decrypt     May 26     ● Terra        Wrapped LUNA Classic        Polygon



### Terra's backers vote to keep luna alive and abandon stablecoin UST after its collapse drove a crypto meltdown

Terra now plans an airdrop of new luna starting Friday, but wallets with more than 1 million of older luna or UST are likely to wait more than a year.

Insider     May 26        TerraClassicUSD        Wrapped LUNA Classic



### Terra validator hits out at Do Kwon's 'dictatorship model' on key fork vote

Terra validator Allnodes says the way the revival plan vote was managed goes against the philosophy of crypto.

The Block     May 19     ● Terra        Wrapped LUNA Classic
TerraClassicUSD



### Terra community seems dead set against Do Kwon's fork proposal

According to an online poll, 90% of the community disagrees with Terraform Labs CEO Do Kwon's path forward.

The Block     May 17     ● Terra        TerraClassicUSD
Wrapped LUNA Classic



**Luna Foundation Guard depleted its $3 billion reserves to try to save UST, it reveals**

LFG said it would look to compensate users for losses suffered due to the breakdown of its algorithmic stablecoin.

The Block    May 16    Bitcoin    TerraClassicUSD    • Terra    Wrapped LUNA Classic

## Coinbase Bytes

The week's must-know crypto news, sent right to your inbox

**Subscribe**

## Popular cryptocurrencies

A selection of cryptocurrencies in the top 50 by market cap.

Bitcoin

Ethereum

Tether

USD Coin

Cardano

Binance USD

Solana

Dogecoin

## Recently added

Optimism
June 1

The Sandbox
May 26

Flow
May 19

Project Galaxy
May 5

Green Satoshi Token
April 28

STEPN
April 28

Binance USD
April 27

Oasis Network
April 26

## Comparable market cap
Of all the assets on Coinbase, these 8 are the closest to Wrapped LUNA Classic in market cap.

GinSpirit

Hodl4Gold

Bloggercoin

Monetas

SOLVIEW

RFOX Finance

MetaSoccer

United Bitcoin



### Keep an eye on Wrapped LUNA Classic
Get instant alerts for major price changes.

**Add to watchlist**

## Trending assets
Assets with the biggest change in unique page views on Coinbase.com over the past 24 hours

| | | | |
|---|---|---|---|
| **EOS** EOS | | SEK 12.37 | -15.8% views |
| **LCX** LCX | | SEK 0.63 | -17.3% views |
| **IDEX** IDEX | | SEK 0.73 | -22.28% views |
| **XRP** XRP | | SEK 3.85 | -27.74% views |
| **NKN** NKN | | SEK 0.92 | -29.79% views |
| **XYO** XYO | | SEK 0.09 | -31.72% views |

View all

Certain content has been prepared by third parties not affiliated with Coinbase Inc. or any of its affiliates and Coinbase is not responsible for such content. Coinbase is not liable for any errors or delays in content, or for any actions taken in reliance on any content. Information is provided for informational purposes only and is not investment advice. This is not a recommendation to buy or sell a particular digital asset or to employ a particular investment strategy. Coinbase makes no representation on the accuracy, suitability, or validity of any information provided or for a particular asset. Prices shown are for illustrative purposes only. Actual cryptocurrency prices and associated stats may vary. Data presented may reflect assets traded on Coinbase's exchange and select other cryptocurrency exchanges.

# coinbase

English ⌄

© 2022 Coinbase
Blog • Twitter • Facebook

**Company**

About
Careers
Affiliates
Blog
Press
Investors
Legal & privacy
Cookie policy
Cookie preferences
Digital Asset Disclosures

**Learn**

Browse crypto prices
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Market updates
What is Bitcoin?
What is crypto?
What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

**Support**

Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access
Supported crypto
Supported countries
Status

**Individuals**

Buy & sell
Earn free crypto
Wallet
NFT
Card

**Businesses**

Institutional
Prime
Custody
Asset Hub
Commerce

**Developers**

Cloud
Wallet SDK
Query & Transact
Commerce
Exchange & Pro
Sign in with Coinbase
Rosetta
Participate
Prime API