# EXHIBIT 3

| | |
|---|---|
| **From:** | Mario Tafur <mario@thebulldog.law> |
| **Sent:** | Monday, September 22, 2025 3:56 PM |
| **To:** | Bunting, Kristina; Pisem, Michael; Elsy De La O; Jennifer Munguia |
| **Cc:** | Brachman, Paul D; Luskey, Randy; David Precilla; Fiscina, Brandon |
| **Subject:** | Re: Heabeart - TIME SENSITIVE |

Good afternoon,

Yes on your statements and we are preparing the Rule 41 motion now on Mr. Myburgh.

Best regards,

Mario P. Tafur | Attorney

OFFICE: (855) 216-3990 | FAX: (323) 967-7155

EMAIL: mario@thebulldog.law | WEBSITE: www.thebulldog.law | YOUTUBE CHANNEL I
https://www.youtube.com/@TheBulldogLaw

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Monday, September 22, 2025 8:22 AM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Fiscina, Brandon <bfiscina@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Mario,

Hope you had a good weekend, and thanks for the call on Friday afternoon. As discussed, we understand your clients will not agree to transfer venue to the Southern District of New York because it is your position that the 2022 version of the User Agreement applies in this case. We also understand your clients intend to dispute the arbitrability of their claims. Coinbase will file its motions on those issues today.

That said, we understand that you agree that Plaintiff Myburgh's claims cannot go forward in this case.

Could you please confirm all of the above, or let us know if we have misstated anything as soon as possible but no later than 2 pm PT so we can proceed with our filings?

Please also let us know how you intend to effectuate the termination of Mr. Myburgh's claims. We assume you will file a notice of voluntary dismissal pursuant to FRCP 41. Please file the dismissal by 2 pm PT, again, so we can proceed with our filings on the assumption Mr. Myburgh is dismissed from the case.

Kind regards,

Kristina

**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

**From:** Mario Tafur <mario@thebulldog.law>
**Sent:** Friday, September 19, 2025 6:20 PM
**To:** Bunting, Kristina <kbunting@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Fiscina, Brandon <bfiscina@paulweiss.com>
**Subject:** Re: Heabeart - TIME SENSITIVE

Yes that's fine. Thank you.

Get Outlook for iOS

**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Friday, September 19, 2025 3:15:06 PM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Fiscina, Brandon <bfiscina@paulweiss.com>
**Subject:** Re: Heabeart - TIME SENSITIVE

Mario - can we do 3.45 pm PT?

**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

---

**From:** Mario Tafur <mario@thebulldog.law>
**Sent:** Friday, September 19, 2025 6:05:29 PM
**To:** Pisem, Michael <mpisem@paulweiss.com>; Bunting, Kristina <kbunting@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Fiscina, Brandon <bfiscina@paulweiss.com>
**Subject:** Re: Heabeart - TIME SENSITIVE

Hello

Running behind a little bit on something is there any chance we can do 4 PM?

Get Outlook for iOS

---

**From:** Pisem, Michael <mpisem@paulweiss.com>
**Sent:** Thursday, September 18, 2025 3:35:14 PM
**To:** Bunting, Kristina <kbunting@paulweiss.com>; Mario Tafur <mario@thebulldog.law>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Fiscina, Brandon <bfiscina@paulweiss.com>
**Subject:** Heabeart - TIME SENSITIVE
**When:** Friday, September 19, 2025 3:30 PM-4:00 PM.
**Where:** https://paulweiss.zoom.us/j/94435445259?pwd=XVdt9LSTeYgT5rJqMvc55aNZurpwXl.1

---

Michael Pisem is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

Phone one-tap:  US: +16468769923,,94435445259#,,,,0#,,861636# or
+16465189805,,94435445259#,,,,0#,,861636#

Meeting URL: https://paulweiss.zoom.us/j/94435445259?pwd=XVdt9LSTeYgT5rJqMvc55aNZurpwXl.1

Meeting ID: 944 3544 5259

Passcode: 861636

**Join by Telephone**

For higher quality, dial a number based on your current location.

3

Dial:
US: +1 646 876 9923 or +1 646 518 9805 or 888 788 0099 (Toll Free) or 833 548 0276 (Toll Free) or 833 548 0282 (Toll Free) or 833 928 4608 (Toll Free) or 833 928 4609 (Toll Free) or 833 928 4610 (Toll Free) or 877 853 5247 (Toll Free)

United Kingdom: +44 131 460 1196 or +44 203 481 5237 or +44 203 481 5240 or 0 800 260 5801 (Toll Free) or 0 800 358 2817 (Toll Free) or 0 800 456 1369 (Toll Free) or 0 800 031 5717 (Toll Free)

Belgium: +32 1579 5132 or 0 800 293 46 (Toll Free) or 0 800 294 51 (Toll Free) or 0 800 800 99 (Toll Free)

Canada: +1 438 809 7799 or 833 955 1088 (Toll Free) or 833 958 1164 (Toll Free) or 855 703 8985 (Toll Free)

Japan: +81 3 4579 0545 or +81 3 4578 1488 or 0 120 836 177 (Toll Free) or 00 663 381 4092 (Toll Free) or 0 800 100 5040 (Toll Free) or 0 120 829 768 (Toll Free)

Meeting ID: 944 3544 5259

Passcode:861636

International numbers

**Join from an H.323/SIP room system**

H.323:   144.195.19.161 (US West)
206.247.11.121 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
159.124.15.191 (Amsterdam Netherlands)
159.124.47.249 (Germany)
159.124.104.213 (Australia Sydney)
159.124.74.212 (Australia Melbourne)
170.114.134.121 (Hong Kong SAR)
170.114.180.219 (Singapore)
64.211.144.160 (Brazil)
159.124.168.213 (Canada Toronto)
159.124.196.25 (Canada Vancouver)
170.114.194.163 (Japan Tokyo)
147.124.100.25 (Japan Osaka)

Meeting ID: 944 3544 5259

Passcode:861636

SIP:    94435445259@zoomcrc.com

Passcode:861636

4

_____
**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Thursday, September 18, 2025 6:34 PM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>
**Subject:** RE: Heabeart - TIME SENSITIVE

Thanks, Mario.  We can do that.  We will send an invite.

Kind regards,

Kristina

**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

**From:** Mario Tafur <mario@thebulldog.law>
**Sent:** Thursday, September 18, 2025 4:28 PM
**To:** Bunting, Kristina <kbunting@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>
**Subject:** Re: Heabeart - TIME SENSITIVE

How does 3:30PM PST sound?

Best regards,



Mario P. Tafur | Attorney



OFFICE: (855) 216-3990 | FAX: (323) 967-7155

EMAIL: mario@thebulldog.law |  WEBSITE: www.thebulldog.law  |   YOUTUBE CHANNEL I https://www.youtube.com/@TheBulldogLaw


This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or

5

relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Wednesday, September 17, 2025 6:54 PM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>; Elsy De La O <Elsy@thebulldog.law>
**Subject:** Re: Heabeart - TIME SENSITIVE

Thanks, Mario. Please let us know your availability for a call on Friday.

Kind regards,

Kristina

**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

---

**From:** Mario Tafur <mario@thebulldog.law>
**Sent:** Wednesday, September 17, 2025 9:34:50 PM
**To:** Bunting, Kristina <kbunting@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>; David Precilla <David@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>; Elsy De La O <Elsy@thebulldog.law>
**Subject:** Re: Heabeart - TIME SENSITIVE

Hello.

I think we should speak on Friday. Our tentative is that we are opposed to arbitration. I am not sure we agree for the matter to be moved to SDNY, and finally, yes we agree that Myburgh will have to come off the case.
Best regards,


Mario P. Tafur | Attorney


OFFICE: (855) 216-3990 | FAX: (323) 967-7155

EMAIL: mario@thebulldog.law | WEBSITE: www.thebulldog.law | YOUTUBE CHANNEL I
https://www.youtube.com/@TheBulldogLaw

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Wednesday, September 17, 2025 11:54 AM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Mario,

I'm following up on the below.  We did not hear from you by close of business Monday.  Please let us know your position on the below or if you want to schedule a meet and confer ahead of Defendants' September 22 filing deadline.

Kind regards,

Kristina

**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

---

**From:** Bunting, Kristina
**Sent:** Wednesday, September 10, 2025 12:07 PM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Mario,

Given the Court's Order earlier this week setting September 22 as the deadline for Defendants to answer or move to dismiss, we wanted to level-set on our requests to you and Plaintiffs:

1. As explained in detail in the email below from August 28, all Plaintiffs (except Mr. Myburgh) have consented to individual arbitration of their claims, with the exception of Counts I and II.  In the event that any of these Plaintiffs do not consent to arbitration, Defendants will move to compel arbitration, and, as provided for in the User Agreement, will seek "reasonable costs, necessary disbursements, and reasonable Attorneys' fees" for the motion from Plaintiffs when we prevail.  *See* User Agreement, Appendix 5, "Attorneys' Fees

7

and Costs." We understand from our prior correspondence and M&Cs that you are discussing with clients each of them individually agreeing to arbitration. **Please let us know if Plaintiffs each consent to individual arbitration of their disputes with Defendants**.

2. The User Agreement (*see* § 9.10 [pdf p. 16]) provides that the exclusive forum for all disputes is New York, NY for "any Dispute that is not subject to arbitration or over any action involving the applicability or enforceability" of the arbitration provisions. **Please let us know if Plaintiffs consent to our forthcoming 1404(a) motion to transfer the case to S.D.N.Y.**

3. Plaintiff Myburgh did not transact with any of the Defendants; he was--and is--subject to a User Agreement with Coinbase Singapore Pte. Ltd. *See* here for an archived version of that user agreement on the day this Action was filed. This leads to several flaws with his claims. At the very least: (1) He has not brought claims against the named Defendants, warranting dismissal; (2) As his securities law claims arise from events that took place in New Zealand (*i.e.*, his purchases of WLUNA), they are impermissibly extraterritorial under the Supreme Court's holdings in *Morrison* v. *Nat'l Austl. Bank Ltd.*, 561 U.S. 247, 266 (2010); and (3) under his User Agreement, the proper venue for his claims is "the non-exclusive jurisdiction of the courts of Singapore without prejudice to any mandatory rights available to consumers...to commence proceedings against Coinbase before the courts of the jurisdiction in which they are domiciled." *See* § 10.4. As with the U.S.-based Defendants, under Section 8.1, Coinbase Singapore Pte. Ltd. is also entitled to indemnification from Mr. Myburgh for attorneys' fees "reasonably incurred in connection with any claims, demands or damages arising out of or related to your breach and / or our enforcement of this Agreement." **Accordingly, please let us know if you will voluntarily dismiss Mr. Myburgh's claims so he can bring them (if he so desires) in the proper forum and against the correct defendants**.

Please provide us with Plaintiffs' positions on the above by COB Monday, September 15. We are of course available to meet and confer at your convenience.

Kind regards,

Kristina



**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

---

**From:** Mario Tafur <mario@thebulldog.law>
**Sent:** Thursday, September 4, 2025 11:59 PM
**To:** Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>; Bunting, Kristina <kbunting@paulweiss.com>; Luskey, Randy <rluskey@paulweiss.com>
**Subject:** Re: Heabeart - TIME SENSITIVE

Yes, this is fine.

Get Outlook for Mac

---

**From:** Pisem, Michael <mpisem@paulweiss.com>
**Date:** Thursday, September 4, 2025 at 8:04 PM

8

**To:** Elsy De La O <Elsy@thebulldog.law>, Mario Tafur <mario@thebulldog.law>, Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Brachman, Paul D <pbrachman@paulweiss.com>, Bunting, Kristina <kbunting@paulweiss.com>, Luskey, Randy <rluskey@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Mario, Elsy,

Please see attached for a proposed final, under 10 pages, and marked against your last turn.  Please let us know if you are signed off.

Note our Client is reviewing in parallel, so we will let you know if there are any additional edits on our end before we file.

Thanks,
Michael

**Michael Pisem** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3983 (Direct Phone) | +1 212 492 0983 (Direct Fax)
mpisem@paulweiss.com | www.paulweiss.com

---

**From:** Elsy De La O <Elsy@thebulldog.law>
**Sent:** Thursday, September 4, 2025 9:08 PM
**To:** Bunting, Kristina <kbunting@paulweiss.com>; Mario Tafur <mario@thebulldog.law>; Luskey, Randy <rluskey@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Jennifer Munguia <jenniferm@thebulldog.law>; Brachman, Paul D <pbrachman@paulweiss.com>
**Subject:** Re: Heabeart - TIME SENSITIVE

Hello,

Here is another version with slightly over one page.  We edited every section, can you kindly look at the whole document as well so we can stay within the limit as required by the rule.

Thank you

  Respectfully,

  Elsy De La O | Executive Legal Assistant

  **BULLDOG, PC.**
      **T R I A L   C O U N S E L**

  San Francisco | Beverly Hills | San Jose | Sacramento | Fresno | Bakersfield | Modesto | Santa Barbara | Long Beach | San Bernardino | Riverside | Orange County | Glendale

  DIRECT: (818)649-3007 | MAIN: (885) 216-3990 | FAX: (323) 967-7155
  EMAIL: elsy@thebulldog.law |  WEBSITE: www.thebulldog.law  | A+ Rate with the Better Business Bureau
  This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from

9

printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Thursday, September 4, 2025 5:16 PM
**To:** Elsy De La O <Elsy@thebulldog.law>; Mario Tafur <mario@thebulldog.law>; Luskey, Randy <rluskey@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Jennifer Munguia <jenniferm@thebulldog.law>; Brachman, Paul D <pbrachman@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Hi Elsy,

Attached find the latest version. If you delete (i) the "Concise Summary of Plaintiffs' Claims" on pages 6-7, which are covered by the joint intro to Section 3, and (ii) state (as we did) in Section 19 that you will make the Fed. R. Civ. P. 7.1 and L.R. 3-15 disclosures separately, we will get down to the page limit. Please confirm as soon as possible that you are making these changes as we need to run this by our client as well before filing.

Kind regards,

Kristina


**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

**From:** Elsy De La O <Elsy@thebulldog.law>
**Sent:** Thursday, September 4, 2025 7:50 PM
**To:** Bunting, Kristina <kbunting@paulweiss.com>; Mario Tafur <mario@thebulldog.law>; Luskey, Randy <rluskey@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Jennifer Munguia <jenniferm@thebulldog.law>
**Subject:** Re: Heabeart - TIME SENSITIVE

Good afternoon,

Enclosed please find the shorter version of the CMC Statement. Will it be possible to have some reductions on your end. Please let us know.


Respectfully,

Elsy De La O | Executive Legal Assistant

**BULLDOG, PC.**
**T R I A L  C O U N S E L**

San Francisco | Beverly Hills | San Jose | Sacramento | Fresno | Bakersfield | Modesto | Santa Barbara | Long Beach | San Bernardino | Riverside | Orange County | Glendale

DIRECT: (818)649-3007 | MAIN: (885) 216-3990 | FAX: (323) 967-7155
EMAIL: elsy@thebulldog.law |  WEBSITE: www.thebulldog.law  |  A+ Rate with the Better Business Bureau

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Bunting, Kristina <kbunting@paulweiss.com>
**Sent:** Thursday, September 4, 2025 1:43 PM
**To:** Mario Tafur <mario@thebulldog.law>; Luskey, Randy <rluskey@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Subject:** RE: Heabeart - TIME SENSITIVE

Hi Mario,

Thanks very much for the inserts.  They are incorporated into the attached (unedited).  We are reviewing your inserts and will revert with any additional revisions to our sections.

One issue for your attention in the meantime - unfortunately, there is a 10-page limit for these joint statements.  *See* Standing Order for All Judges of the Northern District of California for Joint Case Management Statements (here) (noting 10-page limit); Case Management Scheduling Order (Dkt. 21) at ¶ 3 (referencing the standing order). At the moment, your inserts far exceed ours.  Could you please cut at least 2.5 pages from Plaintiffs' sections so we get under the limit?

You also indicated you would like to attach an email from Randy.  We would be grateful if you could send us the exhibit if that is still your intention.

Kind regards,

Kristina



**Kristina Bunting** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3503 (Direct Phone)
kbunting@paulweiss.com | www.paulweiss.com

**From:** Mario Tafur <mario@thebulldog.law>
**Sent:** Thursday, September 4, 2025 3:24 PM
**To:** Luskey, Randy <rluskey@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Bunting, Kristina <kbunting@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Subject:** Re: Heabeart - TIME SENSITIVE

Good afternoon,

Attached please find our completed version of the Joint Case Management Statement.  I will need more time to get back to you in regards to the arbitration issue.  I just completed trial and we have 12 plaintiffs to communicate with.  I will get back to you, however, as soon as we can.

Best regards,


Mario P. Tafur | Attorney


OFFICE: (855) 216-3990 | FAX: (323) 967-7155

EMAIL: mario@thebulldog.law |  WEBSITE: www.thebulldog.law  |   YOUTUBE CHANNEL I https://www.youtube.com/@TheBulldogLaw


This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Elsy De La O <Elsy@thebulldog.law>
**Sent:** Wednesday, September 3, 2025 5:07 PM
**To:** Luskey, Randy <rluskey@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>; Mario Tafur <mario@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Bunting, Kristina <kbunting@paulweiss.com>
**Subject:** Re: Heabeart - TIME SENSITIVE

Good afternoon counsel,

Mr. Tafur's case went to the jury this afternoon. He intends to send you a draft response to the joint statement by 1:00 pm tomorrow.

Respectfully,

Elsy De La O | Executive Legal Assistant

**BULLDOG, PC.**
**T R I A L   C O U N S E L**

San Francisco | Beverly Hills | San Jose | Sacramento | Fresno | Bakersfield | Modesto | Santa Barbara | Long Beach | San Bernardino | Riverside | Orange County | Glendale

DIRECT: (818)649-3007 | MAIN: (885) 216-3990 | FAX: (323) 967-7155
EMAIL: elsy@thebulldog.law |  WEBSITE: www.thebulldog.law  |  A+ Rate with the Better Business Bureau

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Luskey, Randy <rluskey@paulweiss.com>
**Sent:** Wednesday, September 3, 2025 9:59 AM
**To:** Pisem, Michael <mpisem@paulweiss.com>; Mario Tafur <mario@thebulldog.law>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Bunting, Kristina <kbunting@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Hi Mario:  Could you get us back your edits today so we can get this on file tomorrow?  Also please let us know today whether you will agree to stipulate to arbitrate the non-securities claims.  I'm on my cell if easier to discuss live.  415-361-2313.

Randy

**Randy Luskey** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 25th Floor | San Francisco, CA 94105
+1 628 432 5112 (Direct Phone)
+1 415 361 2313 (Cell)
rluskey@paulweiss.com | www.paulweiss.com

---

**From:** Pisem, Michael <mpisem@paulweiss.com>
**Sent:** Tuesday, September 2, 2025 7:04 PM
**To:** Mario Tafur <mario@thebulldog.law>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>

13

**Cc:** Luskey, Randy <rluskey@paulweiss.com>; Bunting, Kristina <kbunting@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Hi Mario,

Hope you had a good weekend. Checking in to see if you have comments on the attached and your inserts. As noted, we need to file on 9/4/25.

Best,
Michael

**Michael Pisem** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3983 (Direct Phone) | +1 212 492 0983 (Direct Fax)
mpisem@paulweiss.com | www.paulweiss.com

---

**From:** Pisem, Michael
**Sent:** Friday, August 29, 2025 2:25 PM
**To:** Mario Tafur <mario@thebulldog.law>; Elsy De La O <Elsy@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Luskey, Randy <rluskey@paulweiss.com>; Bunting, Kristina <kbunting@paulweiss.com>
**Subject:** RE: Heabeart - TIME SENSITIVE

Hi Mario,

As discussed, attached please find a draft of the joint case management statement, which is due Sept. 4. I believe you said in our M&C on Wednesday that would send us your inserts and comments on September 2. We can then coordinate on any final changes on the 3rd and 4th.

Please note our drafting is subject to continued editing on our side, as well as Client review and comment.

Best,
Michael

**Michael Pisem** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3983 (Direct Phone) | +1 212 492 0983 (Direct Fax)
mpisem@paulweiss.com | www.paulweiss.com

---

**From:** Luskey, Randy <rluskey@paulweiss.com>
**Sent:** Monday, August 25, 2025 7:14 PM
**To:** Mario Tafur <mario@thebulldog.law>; Pisem, Michael <mpisem@paulweiss.com>; Elsy De La O <Elsy@thebulldog.law>
**Cc:** Bunting, Kristina <kbunting@paulweiss.com>; Jennifer Munguia <jenniferm@thebulldog.law>
**Subject:** RE: Heabeart - TIME SENSITIVE

Hi Mario,

As discussed, please find attached the Coinbase user agreement.

Appendix 5 of the agreement contains a broad arbitration provision that applies to your clients' claims, with the exception of Counts I and II.  *See* Appendix 5, "Disputes Defined" and "Arbitration Agreement" [pdf p. 39] (agreement to arbitrate "any dispute, claim, or disagreement arising out of relating in any way to our relationship with you, the Services, the Coinbase Site, any Communications you receive, any products or services sold or distributed through the Coinbase Site, or the User Agreement."); "Arbitration Agreement," para. 5 ("In the event that there is a Dispute about whether you or we have violated state or federal securities laws, you and we agree that such Disputes shall be resolved by a court of competent jurisdiction.  This means, for example, if you have a Dispute that contains causes of action under the state or federal securities laws and other causes of action that are arbitrable, then the arbitrable causes of action must proceed in arbitration and the state or federal securities laws causes of action must proceed in a court of competent jurisdiction.").

The agreement also provides that a party successfully moving a court to compel arbitration is entitled to costs and fees for that motion.  *See* Appendix 5, "Attorneys' Fees and Costs" [pdf p. 39] ("If you or Coinbase need to invoke the authority of a court of competent jurisdiction to compel arbitration, then the party that obtains an order compelling arbitration in such action shall have the right to collect from the other party its reasonable costs, necessary disbursements, and reasonable attorneys' fees incurred in securing an order compelling arbitration.").

To avoid unnecessary expense for all parties, we ask that you stipulate to arbitration of Plaintiffs' claims, with the exception of Counts I and II.  If Plaintiffs will not agree, Coinbase reserves its rights under the user agreement to recover its fees and costs if its motion to compel is granted.

Please let us know by Wednesday if you will stipulate to arbitration of Plaintiffs' claims, with the exception of Counts I and II.

Thanks and hope all is well.

Randy

**Randy Luskey** | Partner ([Bio](#))
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 25th Floor | San Francisco, CA 94105
+1 628 432 5112 (Direct Phone)
+1 415 361 2313 (Cell)
rluskey@paulweiss.com | www.paulweiss.com