| | |
|---|---|
| 1 | Randall Scott Luskey (SBN: 240915) |
| 2 | rluskey@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 4 | 535 Mission Street. 24th Floor<br>San Francisco, CA 94105 |
| 5 | Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101 |
| 6 | [*Additional Counsel Listed on Following Page*] |
| 7 | *Attorneys for Defendants* |
| 8 | *Coinbase, Inc., Coinbase Global, Inc. and Brian Armstrong* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOEL HEABEART, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COINBASE, INC., *et al.*,<br><br>        Defendants. | Case No.: 3:25-cv-04473-JD<br><br>Private Securities Litigation Reform Act<br><br>**DECLARATION OF ALEKSANDAR TOTKOV IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, MOTION TO DISMISS, AND MOTION TO TRANSFER VENUE**<br><br>Date: October 30, 2025<br>Time: 10:00 AM<br>Judge Hon. James Donato |

DECLARATION OF A. TOTKOV                                CASE NO. 3:25-CV-04473-JD

| | |
|---|---|
| 1 | Paul D. Brachman (*pro hac vice pending*) |
| 2 | pbrachman@paulweiss.com |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| 4 | Telephone: (202) 223-7440 |
| | Facsimile: (202) 379-4098 |
| 5 | |
| 6 | Kristina A. Bunting (*pro hac vice pending*) |
| | Michael J. Pisem (*pro hac vice pending*) |
| 7 | kbunting@paulweiss.com |
| | mpisem@paulweiss.com |
| 8 | |
| 9 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | 1285 Avenue of the Americas |
| 10 | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |

DECLARATION OF A. TOTKOV     - ii -     CASE NO. 3:25-CV-04473-JD

I, Aleksandar Totkov, declare as follows:

1. I submit this declaration in support of Defendants Coinbase, Inc., Coinbase Global, Inc. and Brian Armstrong's ("Defendants") (i) Motion to Compel Individual Arbitration and Stay Proceedings; (ii) Motion to Dismiss; and (iii) Motion to Transfer Venue.

2. This declaration is based on personal knowledge and follows reasonable investigation. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

3. I have been employed since August 3, 2021 at Coinbase, Inc. ("Coinbase") I am currently a Complaints Analyst. In that capacity, I am responsible for reviewing and responding to Customer Complaints. To accurately and appropriately investigate such complaints, I use a variety of tools at my disposal which allow me to review Customer accounts in great detail.

4. Coinbase is a digital currency exchange that provides an online platform for the buying, selling, transferring, and storing of digital currencies (*e.g.*, Bitcoin and Ethereum), among other services.

5. Coinbase is a wholly owned subsidiary of Coinbase Global, Inc. and is the operating entity for Coinbase users in the United States. To my knowledge, Coinbase Global, Inc. has no separate or independent business relationship with Plaintiffs Joel Heabeart, Joel Miller, Dylan Michaud, Kyle Kelley, Justin Moran, María Cecilia Lucanera, Noel Yount, Israel Alatriz, Aaron Duncan, James Michael Smith, and Edward C. Toal ("Plaintiffs").

**Plaintiffs Agreed to the Coinbase User Agreement When Creating Their Coinbase Accounts**

6. As part of my job at Coinbase, I am familiar with the process by which prospective customers set up Coinbase accounts and accept the terms of the Coinbase User Agreement.

7. Coinbase provides its online platform and services to its users exclusively under the terms of the Coinbase User Agreement. To access Coinbase's platform and make transactions, including, among other things, the purchase, sale, and conversion of cryptocurrency, a prospective

DECLARATION OF A. TOTKOV — - 1 - — CASE NO. 3:25-CV-04473-JD

user must create a Coinbase account. To create a Coinbase account, in all cases, a prospective user is required to expressly accept the terms of the Coinbase User Agreement. Based on my review of user agreements dating back to 2014, my understanding is that all Coinbase User Agreements have included arbitration agreements.

8. I am also familiar with the way in which user account information is electronically logged and stored, and I understand how to retrieve and interpret those records. In the regular practice of its business, Coinbase maintains a log of various actions taken by users in connection with their Coinbase accounts (the "User Activity Log"). Entries in the User Activity Log are recorded automatically, at or near the time of the events that the entries record. I am personally familiar with these records and use them to perform my job functions at Coinbase.

9. Whenever a prospective user creates a Coinbase account and accepts the Coinbase User Agreement, that information is recorded in the User Activity Log. It is Coinbase's regular practice to record a user's acceptance of the Coinbase User Agreement as part of the User Activity Log.

10. I have reviewed Coinbase's User Activity Log for event entries related to Plaintiffs.

11. I am familiar with the account creation and User Agreement acceptance flow that existed at the time Plaintiffs created their Coinbase accounts and accepted the Coinbase User Agreement. When Plaintiffs created their Coinbase accounts, it was impossible for them to do so without expressly indicating that they agreed to the User Agreement.

12. The User Activity Log shows that Ms. María Cecilia Lucanera created her Coinbase account and accepted the Coinbase User Agreement on January 6, 2015 at 4:37 PM PST. A true and correct copy of a screenshot of the User Activity Log that shows Ms. Lucanera accepted the Coinbase User Agreement on January 6, 2015 is attached as **Exhibit 1**.

13. The User Activity Log shows that Mr. Dylan Michaud created his Coinbase account and accepted the Coinbase User Agreement on October 26, 2017 at 9:05 PM PDT. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Michaud accepted the Coinbase User Agreement on October 26, 2017 is attached as **Exhibit 2**.

DECLARATION OF A. TOTKOV — - 2 - — CASE NO. 3:25-CV-04473-JD

Docusign Envelope ID: DB2260DD-E393-469E-8702-84FFF78DBB25
Case 3:25-cv-04473-JD   Document 60   Filed 09/22/25   Page 5 of 15

14. The User Activity Log shows that Mr. Joel Heabeart created his Coinbase account and accepted the Coinbase User Agreement on March 3, 2021, at 4:11 AM PST. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Heabeart accepted the Coinbase User Agreement on March 3, 2021 is attached as **Exhibit 3.**

15. The User Activity Log shows that Mr. Kyle Kelley created his Coinbase account and accepted the Coinbase User Agreement on January 7, 2018 at 5:58 PM PST. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Kelley accepted the Coinbase User Agreement on January 7, 2018 is attached as **Exhibit 4**.

16. The User Activity Log shows that Mr. Israel Alatriz created his Coinbase account and accepted the Coinbase User Agreement on November 10, 2020 at 4:17 AM PST. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Alatriz accepted the Coinbase User Agreement on November 10, 2020 is attached as **Exhibit 5**.

17. The User Activity Log shows that Mr. Justin Moran created his Coinbase account and accepted the Coinbase User Agreement on April 1, 2020, at 12:51 PM PDT. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Moran accepted the Coinbase User Agreement on April 1, 2020 is attached as **Exhibit 6**.

18. The User Activity Log shows that Mr. Edward C. Toal created his Coinbase account and accepted the Coinbase User Agreement on January 19, 2021 at 1:32 PM PST. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Toal accepted the Coinbase User Agreement on January 19, 2021 is attached as **Exhibit 7**.

19. The User Activity Log shows that Mr. Aaron Duncan created his Coinbase account and accepted the Coinbase User Agreement on February 12, 2021 at 8:39 AM PST. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Duncan accepted the Coinbase User Agreement on February 12, 2021 is attached as **Exhibit 8**.

20. The User Activity Log shows that Mr. Joel Miller created his Coinbase account and accepted the Coinbase User Agreement on March 29, 2021 at 1:53 PM PDT. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Miller accepted the Coinbase User Agreement on March 29, 2021 is attached as **Exhibit 9**.

21. The User Activity Log shows that Mr. James Michael Smith created his Coinbase account and accepted the Coinbase User Agreement on October 27, 2021 at 9:33 AM PDT. A true and correct copy of a screenshot of the User Activity Log that shows Mr. Smith accepted the Coinbase User Agreement on October 27, 2021 is attached as **Exhibit 10**.

22. The User Activity Log shows that Ms. Noel Yount created her Coinbase account and accepted the Coinbase User Agreement on May 12, 2022 at 7:31 PM PDT. A true and correct copy of a screenshot of the User Activity Log that shows Ms. Yount accepted the Coinbase User Agreement on May 12, 2022 is attached as **Exhibit 11**.

**Plaintiffs Agreed to the 2022 Coinbase User Agreement**

23. In January 2022, Coinbase updated its User Agreement. I have reviewed and am familiar with the User Agreement acceptance flow that applied at the time of the January 31, 2022 User Agreement update. That procedure worked as follows. First, when existing users who had not yet agreed to the January 2022 User Agreement logged into their Coinbase accounts, they were directed to a landing page that presented users with the terms of the updated User Agreement. Users were advised that Coinbase was updating the User Agreement and directed to "review and accept your updated terms and conditions to continue using your Coinbase account." The full text of the updated January 2022 User Agreement was provided in a scroll box which allowed users to scroll through the entire updated User Agreement. Underneath the scroll box, users were presented with a blue button labeled "Accept terms." Users could not continue using their Coinbase accounts until they accepted the terms of the updated User Agreement by clicking the button labeled "Accept terms."

24. The screenshot attached as **Exhibit 12** is a true and correct copy of the User Agreement acceptance flow as it existed in 2022 for users who accessed their accounts using a web browser. The screenshot attached as **Exhibit 13** is a true and correct copy of the User Agreement acceptance flow as it existed in 2022 for users who accessed their accounts using a mobile device.

DECLARATION OF A. TOTKOV — - 4 - — CASE NO. 3:25-CV-04473-JD

25. The User Activity Log shows that Ms. Lucanera clicked the "Accept terms" button, confirming that she agreed to the 2022 Coinbase User Agreement on February 3, 2022 at 3:23 PM PST. *See* **Exhibit 1**.

26. The User Activity Log shows that Mr. Michaud clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 4, 2022 at 9:23 PM PST. *See* **Exhibit 2**.

27. The User Activity Log shows that Mr. Heabeart clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 3, 2022 at 11:59 AM PST. *See* **Exhibit 3**.

28. The User Activity Log shows that Mr. Kelley clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on May 12, 2022 at 2:15 AM PDT. *See* **Exhibit 4**.

29. The User Activity Log shows that Mr. Alatriz clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 4, 2022 at 6:21 PM PST. *See* **Exhibit 5**.

30. The User Activity Log shows that Mr. Moran clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 6, 2022 at 6:21 PM PST. *See* **Exhibit 6**.

31. The User Activity Log shows that Mr. Toal clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 4, 2022 at 5:31 AM PST. *See* **Exhibit 7**.

32. The User Activity Log shows that Mr. Duncan clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 6, 2022 at 7:59 AM PST. *See* **Exhibit 8**.

33. The User Activity Log shows that Mr. Miller clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 23, 2022 at 11:10 AM PST. *See* **Exhibit 9**.

DECLARATION OF A. TOTKOV — - 5 - — CASE NO. 3:25-CV-04473-JD

34.     The User Activity Log shows that Mr. Smith clicked the "Accept terms" button, confirming that he agreed to the 2022 Coinbase User Agreement on February 4, 2022 at 2:19 PM PST. *See* **Exhibit 10**.

35.     I have also reviewed and am familiar with the User Agreement acceptance flow for new Coinbase users who created their accounts after January 31, 2022. That procedure worked as follows. When prospective users attempted to create an account, they were directed to a form which required them to enter their name, email address, and a password for their account. Before completing and submitting the form, prospective users were required to click on a checkbox next to a sentence confirming that the prospective user agreed to the Coinbase User Agreement. The sentence contained a hyperlink to the full text of the User Agreement. Prospective users could not create a Coinbase account until they clicked the checkbox certifying that they accepted the terms of the User Agreement.

36.     The screenshot attached as **Exhibit 30** is a true and correct copy of the User Agreement acceptance flow as it existed after January 31, 2022 for new Coinbase users who created their accounts using the Coinbase iOS mobile app.

37.     As described above, the User Activity Log shows that Ms. Noel Yount created her Coinbase account using the Coinbase iOS mobile app after January 2022 and accepted the 2022 Coinbase User Agreement on May 12, 2022 at 7:31 PM PDT. *See* **Exhibit 11**.

38.     I have reviewed Coinbase's internal archive of user agreements, which Coinbase maintains in a centralized repository in the ordinary course of business. A true and correct copy of the January 2022 User Agreement is attached hereto as **Exhibit 14**. A substantially similar copy of the January 2022 User Agreement is also publicly available at the following URL: https://web.archive.org/web/20220210094827/https://www.coinbase.com/legal/user_agreement/united_states.

**Plaintiffs Received the Updated May 15, 2025 User Agreement and Continued Using Coinbase Thereafter**

39.     I understand that this case was originally filed on May 27, 2025. The User Agreement in effect on that date was the User Agreement dated May 15, 2025. A true and correct copy of the May 15, 2025 User Agreement is attached hereto as **Exhibit 15**. A substantially similar

DECLARATION OF A. TOTKOV — - 6 - — CASE NO. 3:25-CV-04473-JD

1  copy of the May 2025
2  User Agreement is also publicly available at the following URL: https://web.archive.org/web/202
3  50520010913/https://www.coinbase.com/legal/user_agreement/united_states.

4  40.  As part of my job, I am familiar with email correspondence sent by Coinbase to its account holders regarding changes to Coinbase's User Agreement and Privacy Policy and I understand how to retrieve and interpret those records. In the regular practice of its business, Coinbase maintains a record of certain email communications sent to its users in connection with their Coinbase accounts (the "Email Campaign Database"). The entries in the Email Campaign Database are recorded automatically via an internal software application at or near the time that an email was sent. I am personally familiar with these records and use them to perform my job function at Coinbase.

41.  Based on my review of the Email Campaign Database for entries related to Plaintiffs, I can confirm that Coinbase sent an email with the subject line "Update to the Coinbase User Agreement" (the "2025 Update Email") to each of them between April 9, 2025 and April 12, 2025, notifying each of them that Coinbase would be updating its User Agreement the following month. The screenshot attached as **Exhibit 16** is a true and correct copy of the form email that was sent to Plaintiffs.

42.  The 2025 Update Email provided a hyperlink to the text of the updated User Agreement dated May 15, 2025. This is the agreement that customers were able to review by clicking on the "entire agreement here" hyperlink contained in the 2025 Update Email.

43.  The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Moran on April 9, 2025 at 12:50 PM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Moran on April 9, 2025 is attached as **Exhibit 17**.

44.  The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Heabeart on April 9, 2025 at 4:22 PM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Heabeart on April 9, 2025 is attached as **Exhibit 18**.

DECLARATION OF A. TOTKOV    - 7 -    CASE NO. 3:25-CV-04473-JD

45. The Email Campaign Database shows that the 2025 Update Email was delivered to Ms. Yount on April 10, 2025 at 6:40 PM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Ms. Yount on April 10, 2025 is attached as **Exhibit 19**.

46. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Michaud on April 10, 2025 at 6:51 PM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Michaud on April 10, 2025 is attached as **Exhibit 20**.

47. The Email Campaign Database shows that the 2025 Update Email was delivered to Ms. Lucanera on April 10, 2025 at 6:54 PM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Ms. Lucanera on April 10, 2025 is attached as **Exhibit 21**.

48. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Toal on April 11, 2025 at 5:29 AM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Toal on April 11, 2025 is attached as **Exhibit 22**.

49. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Alatriz on April 11, 2025 at 5:31 AM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Alatriz on April 11, 2025 is attached as **Exhibit 23**.

50. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Duncan on April 11, 2025 at 11:26 AM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Duncan on April 11, 2025 is attached as **Exhibit 24**.

51. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Smith on April 11, 2025 at 11:44 AM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Smith on April 11, 2025 is attached as **Exhibit 25**.

52. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Miller on April 12, 2025 at 1:36 AM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Miller on April 12, 2025 is attached as **Exhibit 26**.

53. The Email Campaign Database shows that the 2025 Update Email was delivered to Mr. Kelley on April 12, 2025 at 10:46 PM PDT. A true and correct copy of a screenshot from the Email Campaign Database that shows the 2025 Update Email was delivered to Mr. Kelley on April 12, 2025 is attached as **Exhibit 27**.

54. I am personally familiar with the way in which account transaction history is electronically logged and stored at Coinbase, and I understand how to retrieve and interpret those records. In the regular course of its business, Coinbase maintains a record of the transaction history of each account holder (the "Account Transaction History"). The entries in the Account Transaction History related to an account holder's transactions, including buying, selling, sending, receiving, or trading of cryptocurrency through the Coinbase platform, are recorded automatically via an internal software application at or near the time that they occur. Whenever a Coinbase account holder buys, sells, or trades cryptocurrency using the Coinbase platform, that information is recorded in their Account Transaction History.

55. I have reviewed the Account Transaction History for the Coinbase account associated with Ms. Lucanera and have confirmed that she continued to use the Coinbase platform after May 15, 2025 and that Ms. Lucanera still held WLUNA in her account as of July 23, 2025.

56. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Kelley and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Kelley still held WLUNA in his account as of September 4, 2025.

57. I have reviewed the Account Transaction History for the Coinbase account associated with Ms. Yount and have confirmed that she continued to use the Coinbase platform to transact after May 15, 2025 and that Ms. Yount still held WLUNA in her account as of July 23, 2025.

58. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Alatriz and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Alatriz still held WLUNA in his account as of July 23, 2025.

59. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Toal and have confirmed that Mr. Toal still held WLUNA in his account as of July 24, 2025.

60. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Smith and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Smith still held WLUNA in his account as of July 23, 2025.

61. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Moran and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Moran still held WLUNA in his account as of August 13, 2025.

62. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Duncan and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Duncan still held WLUNA in his account as of August 13, 2025.

63. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Heabeart and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Heabeart still held WLUNA in his account as of July 2, 2025.

64. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Michaud and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Michaud still held WLUNA in his account as of July 24, 2025.

65. I have reviewed the Account Transaction History for the Coinbase account associated with Mr. Miller and have confirmed that he continued to use the Coinbase platform to transact after May 15, 2025 and that Mr. Miller still held WLUNA in his account as of August 13, 2025.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  is true and correct.
3
4  Dublin, Ireland
5
6  September 22, 2025
   ——————————————————————
   Date Signed

Signed by:
[signature]
B47929FCCB0C4C4...
——————————————————————
Aleksandar Totkov

**FILER'S ATTESTATION**

I, Randall Scott Luskey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated: September 22, 2025

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Randall Scott Luskey*
Randall Scott Luskey