UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HEABEART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE, INC., et al., <br><br> Defendants. | Case No. 25-cv-04473-JD <br><br> **ORDER TRANSFERRING CASE** |

For the reasons stated on the record, the case is transferred to the United States District Court for the Southern District of New York pursuant to the forum selection clause in the parties' agreement. *See* 28 U.S.C. § 1404(a); Dkt. Nos. 55, 70.

**IT IS SO ORDERED.**

Dated: November 3, 2025

JAMES DONATO
United States District Judge